**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lorenzo SOTELO–CAMACHO, a.k.a.**
**Lorenzo Camacho, a.k.a. Lorenzo**
**Sotelo, Defendant–Appellant.**

United States of America,
Plaintiff–Appellee,

v.

Lorenzo Sotelo–Camacho,
Defendant–Appellant.

Nos. 05–16146, 05–16158
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 13, 2007.

Mary Erickson, Decatur, GA, for Defendant–Appellant.

Jane Wilcox Swift, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Lorenzo Sotelo–Camacho in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sotelo–Camacho's convic-

tion, revocation of supervised release, and sentences are **AFFIRMED.**